DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ASHLEY ANTHONY BANCROFT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1839

_____

November 15, 2023

Appeal from the Circuit Court for Hillsborough County; Christine A.
Marlewski, Judge.

Jonah K. Dickstein of Dickstein Law, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.